**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF REINSTATEMENT

Appellate case name:        Steven Golden v. The State of Texas

Appellate case number:    01-13-00546-CR

Trial court case number:  1833897

Trial court:                      County Criminal Court at Law No. 4 of Harris County

This case was abated and remanded to the trial court to enter written findings of fact and conclusions of law in conjunction with the trial court's denial of appellant's motion to suppress evidence. The district clerk has filed a supplemental clerk's record containing the trial court's findings of fact and conclusions of law. Accordingly, we REINSTATE this case on the Court's active docket.

Appellant's brief is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so **ORDERED**.

Judge's signature: /s/ Jim Sharp, Jr.
                            ☑ Acting individually    ☐ Acting for the Court

Date:  January 14, 2014